NUMBER 13-01-864-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


SERGIO RABEL DE LEON , Appellant,
v.


MARIA DE LOS ANGELES FLORES, Appellee.

________________________________________________________________


On appeal from the 398th District Court

of Hidalgo County, Texas.

________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Kennedy (1)

Opinion Per Curiam

 

Appellant, SERGIO RABEL DE LEON , perfected an appeal from an order entered by the 398th District Court of Hidalgo
County, Texas, in cause number P-284-01-I . After the clerk's record was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that he no longer wishes to prosecute his appeal. Appellant requests that the appeal
be dismissed.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 7th day of March, 2002 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).